**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:09CV270**

| | | |
|---|---|---|
| **LARRY W. DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court on the Plaintiff's application to

proceed in *forma pauperis* and supporting affidavit.

   According to the Plaintiff's affidavit, the sum of $50 per month is

allocated to "Tax's (sic) for Land," however, no real estate is listed on the

application.  The Court will afford the Plaintiff an opportunity to clarify this

discrepancy before making a final ruling on the Plaintiff's application.

   **IT IS, THEREFORE, ORDERED** that the Plaintiff provide further

explanation for the discrepancy discussed above within 10 days from entry

of this Order.  A final ruling on Plaintiff's application to proceed without the

payment of fees will be held in abeyance until receipt of Plaintiff's filing.

2

**IT IS FURTHER ORDERED** that should Plaintiff fail to provide such

explanation in the time period afforded, the application will be denied

summarily.

Signed: July 27, 2009

Lacy H. Thornburg
United States District Judge